[No. 13191–5–I.   Division One.   December 20, 1985.]

BDH CONSTRUCTION, INC., *Appellant,* v. PIONEER FIRST FEDERAL SAVINGS AND LOAN ASSOCIATION, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 81–2–01016–2, Stuart C. French, J.,

entered April 18, 1983. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Scholfield, A.C.J., and Grosse, J.